

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sarina Kaplan*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          *Main: (856) 757-5105*
*P.O. Box 2098*                         *Direct: (856) 757-5031*
*Camden, NJ 08101*                      *sarina.kaplan@usdoj.gov*

April 9, 2026

**<u>Via ECF</u>**
Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
Frank R. Lautenberg Post Office & Courthouse
2 Federal Square
Newark, NJ 07102

> Re:   ***Mejia Guzman v Soto, et al.*, Civ. No. 26-3333 (BRM)**
> ***Nunc Pro Tunc* Request for Extension to Answer**

Dear Judge Martinotti:

This Office received Petitioner's Letter, ECF No. 6, regarding Respondents' failure to timely respond to the Petition. That failure was the result of an internal oversight. Immediately upon receipt of Petitioner's letter, Respondents filed their Answer and accompanying exhibits, which this Office had inadvertently failed to docket due to a scheduling error. This Office sincerely apologizes to the Court for that oversight. Respondents respectfully request a *nunc pro tunc* extension of time to respond to the Petition. Respondents' Answer and supporting exhibits are now on the docket at ECF No. 7.

We thank the Court for its consideration of this matter.

SO ORDERED.

_Brian R. Martinotti_
_____
BRIAN R. MARTINOTTI, USDJ
DATED: APRIL 10, 2026

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Sarina Kaplan*
      _____
      SARINA KAPLAN
      Assistant United States Attorney
      *Attorneys for Respondents*

cc: counsel of record (*via ECF*)